UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-03557 |
| | ) | |
| TOMY JOSEPH, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **November 16, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

JosephNFRCrtSrv

# SERVICE LIST
# TOMY JOSEPH, DEBTOR
# CASE NO. 16-03557

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Tomy Joseph
8942 National Avenue
Morton Grove, IL 60053

Commerce Bank
PO Box 419248 KCREC-10
Kansas City, MO 64141

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte NC 28272-1083

Ciena Capital Funding, LLC
5 Independence Point
Suite 140
Greenville, SC 29615

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915

Portfolio Recovery Associates LLC
Successor to Synchrony Bank (Bp)
PO Box 41067
Norfolk VA 23541-1067

JosephTFRSrvList

1