# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Tomy Joseph § Case No. 16-03557
§
§
   Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 680,432.00 *(Without deducting any secured claims)* | Assets Exempt: 4,200.00 |
| Total Distributions to Claimants: 23,105.90 | Claims Discharged Without Payment: 2,018,092.09 |
| Total Expenses of Administration: 12,814.43 | |

3) Total gross receipts of $ 35,920.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 35,920.33 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 676,772.00 | $ 139,582.60 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,814.43 | 12,814.43 | 12,814.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,023,398.00 | 530,149.99 | 530,149.99 | 23,105.90 |
| **TOTAL DISBURSEMENTS** | $ 1,700,170.00 | $ 682,547.02 | $ 542,964.42 | $ 35,920.33 |

4) This case was originally filed under chapter 7 on 02/05/2016 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2018           By:/s/STEVEN R. RADTKE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sixers Corporation-4701 Locust Aven., Glenview, IL | 1129-000 | 33,333.33 |
| 2015 Federal and State tax refnds | 1224-000 | 2,587.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,920.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALL AMERICAN /International Bank, c/o International Bank of Chicago 5069 N Broadway Chicago, IL 60640 | | 176,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE AUTO FINANCE, PO BOX 9001801 Louisville, KY 40290 | | 5,642.00 | NA | NA | 0.00 |
| | CITIZENS ONE, PO BOX 42111 Providence, RI 02940 | | 355,130.00 | NA | NA | 0.00 |
| 7 | Citizens Bank N.A. | 4110-000 | 140,000.00 | 139,582.60 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 676,772.00 | $ 139,582.60 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 4,342.03 | 4,342.03 | 4,342.03 |
| STEVEN R. RADTKE | 2200-000 | NA | 68.52 | 68.52 | 68.52 |
| Associated Bank | 2600-000 | NA | 282.38 | 282.38 | 282.38 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 25.00 | 25.00 | 25.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | 1,096.50 | 1,096.50 | 1,096.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,814.43 | $ 12,814.43 | $ 12,814.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank od America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 |  | 9,227.00 | NA | NA | 0.00 |
|  | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 |  | 6,039.00 | NA | NA | 0.00 |
|  | Charter One Na |  | 140,137.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Auto Finance, National Bankruptcy Dept Po Box 29506 Phoenix, AZ 85038 |  | 5,643.00 | NA | NA | 0.00 |
|  | Chase, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 |  | 14,025.00 | NA | NA | 0.00 |
|  | Chase, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 |  | 6,145.00 | NA | NA | 0.00 |
|  | Chase, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 |  | 10,194.00 | NA | NA | 0.00 |
|  | CITIZENS ONE, PO BOX 42111 Providence, RI 02940 |  | 355,130.00 | NA | NA | 0.00 |
|  | Fia Cs, Po Box 982238 El Paso, TX 79998 |  | 27,736.00 | NA | NA | 0.00 |
|  | SBA, C/O KAREN O'LOUGHLIN, ASST US ATTY 500 W MADISON, SUITE 1150 Chicago, IL 60661 |  | 400,000.00 | NA | NA | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | 5,024.00 | 5,024.96 | 5,024.96 | 219.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | American Express Centurion Bank | 7100-000 | 4,753.00 | 4,851.97 | 4,851.97 | 211.47 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 21,018.00 | 21,018.86 | 21,018.86 | 916.08 |
| 4 | Ciena Capital Funding, LLC | 7100-000 | NA | 480,925.81 | 480,925.81 | 20,960.53 |
| 1 | Commerce Bank | 7100-000 | 10,387.00 | 10,387.43 | 10,387.43 | 452.72 |
| 2 | Discover Bank | 7100-000 | 6,505.00 | 6,505.17 | 6,505.17 | 283.52 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | 1,435.00 | 1,435.79 | 1,435.79 | 62.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,023,398.00 | $ 530,149.99 | $ 530,149.99 | $ 23,105.90 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-03557 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Tomy Joseph | | | | Date Filed (f) or Converted (c): | 02/05/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 01/30/2018 | | | | Claims Bar Date: | 08/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 8942 National Avenue, Morton Grove, IL 6 | 450,000.00 | 450,000.00 | OA | 0.00 | FA |
| 2. 2012 Nissan Rogue | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 3. 2006 Acura MDX | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 4. Furniture | 500.00 | 500.00 | | 0.00 | FA |
| 5. Personal Clothing | 200.00 | 200.00 | | 0.00 | FA |
| 6. US Bank, Checking | 650.00 | 650.00 | | 0.00 | FA |
| 7. Chase, Checking | 82.00 | 82.00 | | 0.00 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9. Voya | 186,200.00 | 186,200.00 | | 0.00 | FA |
| 10. 16.665% Sixers Corporation-1443 Church Street, Northbrook, I (u) | 32,000.00 | 32,000.00 | | 0.00 | FA |
| 11. Sixers Corporation-4701 Locust Aven., Glenview, IL (u) | 32,000.00 | 32,000.00 | | 33,333.33 | FA |
| 12. 2015 Federal and State tax refnds (u) | 2,587.00 | 2,587.00 | | 2,587.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $719,219.00 | $719,219.00 | | $35,920.33 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

6/2017  Finalizing TFR; waiting for one creditor to amend claim

4/2017 Begin work on fee petitions and TFR

11/2016 Trustee collected unscheduled 2015 Federal and State tax refunds

9/2016 Trustee given leave per order of Court to sell Estate's right, title and interest in the Sixers Stock; payment to be received 9/13/16

6/2016 Trustee given leave to vote estate's share of stock of Sixers Corp. to liquidate assets of corporation

5/2016  Trustee employed special counsel to assist him in liquidating the estate's 1/6th shareholder interest in the stock of Sixers Corp. which corporation owns title to investment real estate located in Northbrook, Illinois and Glenview, Illinois


Initial Projected Date of Final Report (TFR): 06/30/2018        Current Projected Date of Final Report (TFR): 12/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-03557 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Tomy Joseph | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6255 |
| | Checking |
| Taxpayer ID No: XX-XXX0844 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/16 | 11 | Jody B. Rosenbaum Attorney at Law Client Escrow Account 722A W Junior Terrace Chicago, IL 60613 | Proceeds of Sale of estate's interest in shares of stock of Sixers Corporation (Corporation held legal title to 1443 Church Street, Northbrook, IL and 4701 Locust Avenue, Glenview, IL) | 1129-000 | $33,333.33 | | $33,333.33 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.77 | $33,304.56 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.51 | $33,255.05 |
| 11/15/16 | 12 | Tomy T. Joseph Thresiamma Tomy 8942 National Ave Morton Grove, IL 60053-2027 | Unscheduled Tax Refunds | 1224-000 | $2,587.00 | | $35,842.05 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.83 | $35,792.22 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.21 | $35,739.01 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.14 | $35,685.87 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.92 | $35,637.95 |
| 12/21/17 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,342.03 | $31,295.92 |

| | Page Subtotals: | $35,920.33 | $4,624.41 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-03557 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Tomy Joseph | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6255 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0844 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/17 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $68.52 | $31,227.40 |
| 12/21/17 | 1003 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $7,000.00 | $24,227.40 |
| 12/21/17 | 1004 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $25.00 | $24,202.40 |
| 12/21/17 | 1005 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,096.50 | $23,105.90 |
| 12/21/17 | 1006 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim 1 representing a payment of 4.36 % per court order. | 7100-000 | | $452.72 | $22,653.18 |
| 12/21/17 | 1007 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 4.36 % per court order. | 7100-000 | | $283.52 | $22,369.66 |
| 12/21/17 | 1008 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 4.36 % per court order. | 7100-000 | | $916.08 | $21,453.58 |
| 12/21/17 | 1009 | Ciena Capital Funding, LLC<br>5 Independence Pointe<br>Suite 140<br>Greenville, SC 29615 | Final distribution to claim 4 representing a payment of 4.36 % per court order. | 7100-000 | | $20,960.53 | $493.05 |
| 12/21/17 | 1010 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 5 representing a payment of 4.36 % per court order. | 7100-000 | | $219.01 | $274.04 |
| 12/21/17 | 1011 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 6 representing a payment of 4.36 % per court order. | 7100-000 | | $211.47 | $62.57 |

Page Subtotals: $0.00    $31,233.35

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-03557 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Tomy Joseph | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6255 |
| | Checking |
| Taxpayer ID No: XX-XXX0844 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/17 | 1012 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Bp) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 8 representing a payment of 4.36 % per court order. | 7100-000 | | $62.57 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $35,920.33 | $35,920.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,920.33 | $35,920.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,920.33 | $35,920.33 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*    Page Subtotals:    $0.00    $62.57

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6255 - Checking | $35,920.33 | $35,920.33 | $0.00 |
|  | $35,920.33 | $35,920.33 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,920.33 |
| Total Gross Receipts: | $35,920.33 |

Page Subtotals:　$0.00　$0.00